# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Gregory Lynn Gordon ,

    Plaintiff(s),

JUDGMENT IN A CIVIL CASE

vs.

3:12-cv-00335-RJC

State of North Carolina ,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/6/2012 Order.

Signed: August 6, 2012

Frank G. Johns, Clerk
United States District Court